Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Bunga Bunga LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS PONCE, an individual, and ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BUNGA BUNGA LLC, a domestic limited-liability company,<br><br>Defendant. | Case No. 2:19-cv-02002-KJD-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Luis Ponce ("Plaintiff"), through his counsel Lagomarsino Law, and Defendant Bunga Bunga LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have up to and including Monday, January 13, 2020, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint is currently due on December 12, 2019.

2. Due to the class and collective claims alleged in the Complaint and defense counsel's recent retention, Defendant requires additional time to investigate Plaintiff's allegations before responding to the Complaint.

3. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4. Plaintiff has expressed an intent to file an amended complaint. Should Plaintiff amend his complaint, Defendant's time to respond shall be governed by the Federal Rules of Civil Procedure and calculated based on the date of service of the amended complaint, unless the parties submit a further stipulation extending this deadline.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 9th day of December, 2019.

LAGOMARSINO LAW

_____
Andre M. Lagomarsino, Bar No. 6711
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

_____
Deverie J. Christensen, Bar No. 6596
Daniel I. Aquino, Bar No. 12682
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: 12-10-2019