1 Deverie J. Christensen
Nevada State Bar No. 6596
2 Daniel I. Aquino
Nevada State Bar No. 12682
3 **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
4 Las Vegas, Nevada 89101
Tel: (702) 921-2460
5 Email: deverie.christensen@jacksonlewis.com
           daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Bunga Bunga LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS PONCE, an individual, and ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BUNGA BUNGA LLC, a domestic limited-liability company,<br><br>Defendant. | Case No. 2:19-cv-02002-KJD-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Luis Ponce ("Plaintiff"), through his counsel Lagomarsino Law, and Defendant Bunga Bunga LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have up to and including Thursday, February 13, 2020, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint is currently due on January 13, 2019.

2. In the interest of avoiding litigation and unnecessary expenditure of resources, the parties have elected to evaluate the potential for settlement of the claims alleged in the Complaint.

3. This is the second request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering into the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 6th day of January, 2020.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| *s/ Andre M. Lagomarsino* | *s/ Daniel I. Aquino* |
| Andre M. Lagomarsino, Bar No. 6711 | Deverie J. Christensen, Bar No. 6596 |
| 3005 W. Horizon Ridge Pkwy., Suite 241 | Daniel I. Aquino, Bar No. 12682 |
| Henderson, Nevada 89052 | 300 S. Fourth Street, Ste. 900 |
| | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

Dated: 1-7-2020