Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Bunga Bunga LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS PONCE, an individual, and ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BUNGA BUNGA LLC, a domestic limited-liability company,<br><br>Defendant. | Case No. 2:19-cv-02002-KJD-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Luis Ponce ("Plaintiff"), through his counsel Lagomarsino Law, and Defendant Bunga Bunga LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have up to and including Friday, March 13, 2020, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint is currently due on February 13, 2020.

2. In the interest of avoiding litigation and unnecessary expenditure of resources, the parties have elected to evaluate the potential for settlement of the claims alleged in the Complaint. Plaintiff conveyed a settlement offer on an individual basis to Defendant on February 3, 2020. Defendant is in the process of evaluating the offer, including assessment of the potential for

settlement that would apply to all members of Plaintiff's proposed collective and class. The parties require further time to evaluate potential settlement.

3. This is the third request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering into the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 10th day of February, 2020.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| *s/ Andre M. Lagomarsino* | *s/ Daniel I. Aquino* |
| Andre M. Lagomarsino, Bar No. 6711<br>3005 W. Horizon Ridge Pkwy., Suite 241<br>Henderson, Nevada 89052 | Deverie J. Christensen, Bar No. 6596<br>Daniel I. Aquino, Bar No. 12682<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 2-11-2020

Jackson Lewis P.C.
Las Vegas

2