Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
         daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Bunga Bunga LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LUIS PONCE, an individual, and ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> BUNGA BUNGA LLC, a domestic limited-liability company, <br><br> Defendant. | Case No.  2:19-cv-02002-KJD-VCF <br><br> **STIPULATION AND ORDER REGARDING SETTLEMENT OF MATTER** |

Defendant Bunga Bunga LLC ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Luis Ponce ("Plaintiff"), through his counsel Lagomarsino Law, hereby notify the Court that the parties have reached an agreement in principal to settle the individual claims of the named plaintiff, and are currently conferring regarding terms of the settlement agreement. This shall be a global settlement resulting in dismissal of the entire action with respect to all parties and claims.  The parties will submit a Motion for Court Approval of Settlement no later than May 4, 2020.

Given the resolution of this matter, the parties hereby request that all current deadlines be vacated, including the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint.

## STIPULATION

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The current pleading deadlines in this matter shall be vacated.

The parties shall file a Motion for Court Approval of Settlement by May 4, 2020.

Dated this 3rd day of April, 2020.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| *s/ Andre M. Lagomarsino* <br> Andre M. Lagomarsino, Bar No. 6711 <br> 3005 W. Horizon Ridge Pkwy., Suite 241 <br> Henderson, Nevada 89052 <br><br> *Attorney for Plaintiff* | *s/ Daniel I. Aquino* <br> Deverie J. Christensen, Bar No. 6596 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: _____