Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
       daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Bunga Bunga LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LUIS PONCE, an individual, and ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BUNGA BUNGA LLC, a domestic limited-liability company,<br><br>        Defendant. | Case No.  2:19-cv-02002-KJD-VCF<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS, AND WITHOUT PREJUDICE AS TO CLASS AND COLLECTIVE CLAIMS** |

      IT IS HEREBY STIPULATED by and between Plaintiff Luis Ponce ("Plaintiff"), through his counsel Lagomarsino Law, and Defendant Bunga Bunga LLC ("Defendant"), through its counsel Jackson Lewis P.C., the Court having granted the parties' Joint Motion for Court Approval of Settlement (ECF No. 17), that the above-entitled case be dismissed in its entirety as set forth below:

    1.  The named Plaintiff's individual claims are hereby dismissed with prejudice;

    2.  The collective action claims and class action claims are hereby dismissed without prejudice; and

3.  Each party shall bear its own attorneys' fees and costs.

Dated this 12th day of June, 2020.

LAGOMARSINO LAW                           JACKSON LEWIS P.C.

*s/ Andre M. Lagomarsino*                 *s/ Daniel I. Aquino*
Andre M. Lagomarsino, Bar No. 6711        Deverie J. Christensen, Bar No. 6596
3005 W. Horizon Ridge Pkwy., Suite 241    Daniel I. Aquino, Bar No. 12682
Henderson, Nevada 89052                   300 S. Fourth Street, Ste. 900
                                          Las Vegas, Nevada 89101
*Attorney for Plaintiff*
                                          *Attorneys for Defendant*


**<u>ORDER</u>**

IT IS SO ORDERED:

_____
United States District Court
Kent J. Dawson

Dated:  __6/16/2020_____